UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SABAL PALMS CONDOMINIUM
ASSOCIATION,

    Plaintiff,

v.                                             Case No. 6:19-cv-1029-Orl-37TBS

BLACKBOARD SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____

## **ORDER**

Plaintiff initiated this breach of contract action against Defendant, its insurer, in state court. (Doc. 1-1.) Thereafter, Defendant removed the action to this Court on the basis of diversity jurisdiction under 28 U.S.C. § 1332. (Doc. 1 ("**Notice**").) Because the Notice failed to sufficiently establish diversity jurisdiction, specifically Plaintiff's citizenship, U.S. Magistrate Judge Thomas B. Smith issued an Order to Show Cause as to Defendant for why the case shouldn't be dismissed for lack of subject matter jurisdiction. (Doc. 13.) Magistrate Judge Smith noted discrepancies between Plaintiff's allegation of where it resides, its entity name, and Defendant's filings. (*Id.* at 1–2.)

Defendant responded by pointing to Plaintiff's allegation that it "resides in Brevard County, Florida," without offering any insight to what type of entity Plaintiff is or additional information. (Doc. 20.) On review, Magistrate Judge Smith noted this unhelpful filing still doesn't establish Plaintiff's citizenship, so Defendant failed to carry

-1-

its burden to establish this Court's subject matter jurisdiction. (Doc. 22 ("**R&R**").) Accordingly, he recommends the Court remand this action for lack of subject matter jurisdiction. (*Id.* at 6–7.)

Neither party objected to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the Court concludes that the R&R is due to be adopted in its entirety. Defendant has failed to carry its burden to establish diversity jurisdiction under 28 U.S.C. § 1332, so this case is due to be remanded for lack of subject matter jurisdiction. *See* 28 U.S.C. § 1447(c).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 22) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. This action is **REMANDED** to the Eighteenth Judicial Circuit in and for Brevard County, Florida.

3. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 24, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
Eighteenth Judicial Circuit
in and for Brevard County, Florida